# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VIRGINIA A. CONAWAY WIFE
OF/AND WAYNE CONAWAY

VERSUS

BREE G. AUSTIN WIFE OF/AND
ASHLEY AUSTIN AND BONNY GEE

NO.   2024 CW 1133

**FEBRUARY 10, 2025**

---

In Re:    Bonny Gee, applying for supervisory writs, 22nd Judicial
          District Court, Parish of St. Tammany, No. 202314235.

---

BEFORE:    **PENZATO, STROMBERG, AND CALLOWAY,**[1] **JJ.**

  **WRIT DENIED.**

                          **AHP**
                          **TPS**

  **Calloway, J.,** concurs and would deny on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First
Circuit, by special appointment of the Louisiana Supreme Court.